UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN LEWIS,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

Defendants.

Case No. 26-cv-11028-HSG

**ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 3

Pro se Plaintiff Jordan Lewis filed a motion for temporary restraining order ("TRO") under Federal Rule of Civil Procedure 65. Dkt. No. 3. Plaintiff seeks an order permitting him to participate in baseball practice at the University of San Francisco, while the Court considers his challenge to the University's determination that he has exhausted his eligibility. *Id.* Plaintiff indicates that so far, he has missed three practices. *Id.* at 3. Having reviewed Plaintiff's motion, the Court **DIRECTS** Defendants to file a response to the TRO by 4:00 p.m. on Friday, October 2, 2026. Plaintiff may file a reply by 3:00 p.m. on Monday, October 5, 2026. The motion will be deemed submitted at that time unless otherwise ordered by the Court.

As part of his filings, Plaintiff stated that he has been in contact with the University's Associate Athletics Director for Compliance, Michael Cosgrove, and that he will provide all Defendants notice of the TRO, and provide copies of the complaint, TRO, and supportive documents to Defendants by email. *See* Dkt. No. 4 at ¶¶ 2–3. In addition to these documents, Plaintiff is further **DIRECTED** to serve a copy of this Order via email on Defendants today, September 29, 2026. By 5:00 p.m. today, September 29, 2026, Plaintiff shall file a declaration confirming that he has emailed copies of the complaint, the TRO and supportive documents, and this Order on Defendants. Plaintiff's declaration should list the names, titles, and email addresses

United States District Court
Northern District of California

United States District Court
Northern District of California

of all those he served and whether he has received a response.

The Clerk is directed to email a copy of this Order to Plaintiff at jordanlewis2142@gmail.com.

**IT IS SO ORDERED.**

Dated: 9/29/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge